JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO P. BERNARDO,

                    Plaintiff,

          vs.

DAVIS, DAVIS AND ASSOCIATES, LLC,

                    Defendant.

Case No. 5:21-cv-02010-JGB (SHKx)

*Honorable Jesus G. Bernal*

## DEFAULT JUDGMENT

The record in this civil action having established that:

1. Defendant Davis, Davis and Associates, LLC, has violated both the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788, et seq.;

2. an award is appropriate in the amount of $500.00 in statutory damages; $3,312.50 in attorneys' fees; and $498.90 in costs;

3. Defendant Davis, Davis and Associates, LLC, failed to answer Plaintiff Francisco P. Bernardo's Complaint or otherwise appear in this matter;

4. Plaintiff Francisco P. Bernardo's requested Default pursuant to Fed. R. Civ. P. 55(a) on January 13, 2022, and the Clerk of the Court entered Default on January 14, 2022; and

5. the factors set forth in Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986), weigh in favor of granting Default Judgment.

1    Default Judgment declaring Defendant Davis, Davis and Associates, LLC, in

2  violation of both the Fair Debt Collection Practices Act and the Rosenthal Fair Debt

3  Collection Practices Act, and awarding the aforementioned statutory damages and

4  attorneys' costs and fees, is hereby entered against Defendant Davis, Davis and

5  Associates, LLC, pursuant to Fed. R. Civ. P. 55(b).

6

7       **IT IS SO ORDERED.**

8

9

10  Dated: March 31, 2022

11                                                    Honorable Jesus G. Bernal
                                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28